UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN JAY SLATTON and wife, LEANN SLATTON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 3:12-cv-01224 ) |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER, | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF STAY BY REASON OF BANKRUPTCY

Defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC") hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division), No. 12-19882-HJB. Pursuant to 11 U.S.C. § 362(a), all actions against NECC are stayed.

Dated this 26th day of December, 2012.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By: *s/Brigid M. Carpenter*
Brigid M. Carpenter, B.P.R. No. 18134
Carrie W. McCutcheon, B.P.R. No. 24805
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, Tennessee 37201
(615) 726-7341
(615) 744-7341 (facsimile)
bcarpenter@bakerdonelson.com
cmccutcheon@bakerdonelson.com

*Attorneys for Defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of December, 2012, the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including:

David W. Lawrence, Esq.
501 Park Ave., Suite A
Lebanon, Tennessee 37087

*s/Brigid M. Carpenter*
Brigid M. Carpenter

2